**EXHIBIT "A"**




**Civil Docket Report**

A $5 Convenience fee will be added to the transaction at checkout.

## Case Description

| | |
|---|---|
| **Case ID:** | 210900096 |
| **Case Caption:** | LEHMANN VS LOUISVILLE LADDER, INC. |
| **Filing Date:** | Thursday , September 02nd, 2021 |
| **Court:** | MAJOR JURY-COMPLEX |
| **Location:** | City Hall |
| **Jury:** | JURY |
| **Case Type:** | PRODUCT LIABILITY |
| **Status:** | WAITING TO LIST CASE MGMT CONF |

## Related Cases

No related cases were found.

## Case Event Schedule

No case events were found.

## Case motions

No case motions were found.

## Case Parties

| Seq # | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|
| 1 | | | ATTORNEY FOR PLAINTIFF | LAFFEY ESQ, JEFFREY F |
| **Address:** LAFFEY, BUCCI AND KENT, LLP<br>1100 LUDLOW STREET<br>SUITE 300<br>PHILADELPHIA PA 19107<br>(215)399-9255<br>jlaffey@lbk-law.com | | **Aliases:** | none | |
| 2 | 1 | | PLAINTIFF | LEHMANN, STEPHEN |
| **Address:** 7141 BROUS AVENUE<br>PHILADELPHIA PA 19149 | | **Aliases:** | none | |

| 3 | | | DEFENDANT | LOUISVILLE LADDER INC |
|---|---|---|---|---|
| **Address:** | 7765 NATIONAL TURNPIKE UNIT 190 LOUISVILLE KY 40214 | **Aliases:** | none | |

| 4 | | | TEAM LEADER | ANDERS, DANIEL J |
|---|---|---|---|---|
| **Address:** | 529 CITY HALL PHILADELPHIA PA 19107 | **Aliases:** | none | |

| 5 | 1 | | ATTORNEY FOR PLAINTIFF | RYAN, MICHAEL STEWART |
|---|---|---|---|---|
| **Address:** | LAFFEY BUCCI & KENT 1100 LUDLOW STREET SUITE 300 PHILADELPHIA PA 19107 (215)399-9255 sryan@laffeybuccikent.com | **Aliases:** | none | |

## Docket Entries

| Filing Date/Time | Docket Type | Filing Party | Disposition Amount | Approval/ Entry Date |
|---|---|---|---|---|
| 02-SEP-2021 02:31 PM | ACTIVE CASE | | | 07-SEP-2021 10:05 AM |
| **Docket Entry:** | E-Filing Number: 2109003581 | | | |
| 02-SEP-2021 02:31 PM | COMMENCEMENT CIVIL ACTION JURY | LAFFEY ESQ, JEFFREY F | | 07-SEP-2021 10:05 AM |
| **Documents:** | Click link(s) to preview/purchase the documents Final Cover | | Click HERE to purchase all documents related to this one docket entry | |
| **Docket Entry:** | none. | | | |
| 02-SEP-2021 02:31 PM | COMPLAINT FILED NOTICE GIVEN | LAFFEY ESQ, JEFFREY F | | 07-SEP-2021 10:05 AM |
| **Documents:** | Click link(s) to preview/purchase the documents Lehmann Complaint.pdf | | Click HERE to purchase all documents related to this one docket entry | |

| | | | | |
|---|---|---|---|---|
| | **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 FILED. | | |
| 02-SEP-2021 02:31 PM | JURY TRIAL PERFECTED | LAFFEY ESQ, JEFFREY F | | 07-SEP-2021 10:05 AM |
| | **Docket Entry:** | 12 JURORS REQUESTED. | | |
| 02-SEP-2021 02:31 PM | WAITING TO LIST CASE MGMT CONF | LAFFEY ESQ, JEFFREY F | | 07-SEP-2021 10:05 AM |
| | **Docket Entry:** | none. | | |
| 15-SEP-2021 12:43 PM | ENTRY OF APPEARANCE-CO COUNSEL | RYAN, MICHAEL STEWART | | 15-SEP-2021 12:44 PM |
| | **Documents:** | Click link(s) to preview/purchase the documents<br>MSR EOA_Lehmann.pdf | Click HERE to purchase all documents related to this one docket entry | |
| | **Docket Entry:** | ENTRY OF APPEARANCE OF MICHAEL STEWART RYAN AS CO-COUNSEL FILED. (FILED ON BEHALF OF STEPHEN LEHMANN) | | |
| 15-SEP-2021 12:48 PM | PRAECIPE TO REINSTATE CMPLT | LAFFEY ESQ, JEFFREY F | | 15-SEP-2021 12:49 PM |
| | **Documents:** | Click link(s) to preview/purchase the documents<br>Praecipe to Reinstate Complt_Lehmann.pdf | Click HERE to purchase all documents related to this one docket entry | |
| | **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 REINSTATED. (FILED ON BEHALF OF STEPHEN LEHMANN) | | |

▶ Case Description   ▶ Related Cases   ▶ Event Schedule   ▶ Case Parties   ▶ Docket Entries

Search Home