## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHEN LEHMANN | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 21-4626 |
| | : | |
| LOUISVILLE LADDER INC. | : | |

## ORDER

AND NOW, this 6th day of July 2022, upon considering Defendant's Motion *in limine* to preclude Plaintiff from introducing evidence of competitors selling mobile scaffolding with different designs (ECF Doc. No. 35), Plaintiff's Opposition (ECF Doc. No. 67), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion (ECF Doc. No. 35) is **DENIED**.

KEARNEY, J.