IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN LEHMANN | : CIVIL ACTION |
| v. | : NO. 21-4626 |
| LOUISVILLE LADDER INC. | : |

## ORDER

**AND NOW**, this 6th day of July 2022, upon considering Defendant's Motion *in limine* to preclude reference to or reliance upon a "hierarchy of safety" standard (ECF Doc. No. 37), Plaintiff's Opposition (ECF Doc. No. 64), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion (ECF Doc. No. 37) is **GRANTED** precluding reference to or reliance on a "hierarchy of safety" standard at trial.

KEARNEY, J.