IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHEN LEHMANN | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 21-4626 |
| | : | |
| LOUISVILLE LADDER INC. | : | |

## ORDER

AND NOW, this 6th day of July 2022, upon considering Defendant's Motion *in limine* to preclude evidence and/or reference to other accidents involving mobile rolling scaffolds (ECF Doc. No. 39), Plaintiff's Opposition (ECF Doc. No. 65), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion (ECF Doc. No. 39) is **GRANTED** precluding evidence and/or reference to other accidents involving mobile rolling scaffolds.

_____
KEARNEY, J.