IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHEN LEHMANN | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 21-4626 |
| | : | |
| LOUISVILLE LADDER INC. | : | |

## ORDER

**AND NOW**, this 6th day of July 2022, upon considering Plaintiff's Motion *in limine* to preclude the admission of Defendant's proffered evidence of a competitor products survey as industry standards evidence (ECF Doc. No. 59), Defendant's Opposition (ECF Doc. No. 72), and for reasons in the accompanying Memorandum, it is **ORDERED** Plaintiff's Motion (ECF Doc. No. 59) is **DENIED**.

_____
KEARNEY, J.