IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN LEHMANN | : CIVIL ACTION |
| v. | : NO. 21-4626 |
| LOUISVILLE LADDER INC. | : |

## ORDER

**AND NOW**, this 6th day of July 2022, upon considering Plaintiff's Motion *in limine* to preclude evidence of an alleged lack of similar earlier accidents (ECF Doc. No. 61), Defendant's Opposition (ECF Doc. No. 69), and for reasons in the accompanying Memorandum, it is **ORDERED** Plaintiff's Motion (ECF Doc. No. 61) is **GRANTED**.

KEARNEY, J.