**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **STEPHEN LEHMANN** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 21-4626 |
| | : | |
| **LOUISVILLE LADDER INC.** | : | |

## JUDGMENT

**AND NOW**, this 15th day of July 2022, it is **ORDERED JUDGMENT** is entered in favor of Defendant Louisville Ladder, Inc. and against Plaintiff Stephen Lehmann on the remaining design defect products liability claims based on the consumer expectations test in accord with the jury's verdict today.

_____
**KEARNEY, J.**